# United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs.**  **Docket No.**  CR 15-585-PLA

**Defendant**  Sin Young Yi  **Social Security No.** __ __ __ __
akas:  n/a  (Last 4 digits)

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.  **MONTH** 3  **DAY** 15  **YEAR** 16

**COUNSEL** [X] WITH COUNSEL  Chris Duran, retained
(Name of Counsel)

**PLEA** [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.  [ ] **NOLO CONTENDERE**  [ ] **NOT GUILTY**

**FINDING** There being a finding/verdict of [ ] **GUILTY,** defendant has been convicted as charged of the offense(s) of:
Misbranding of a Device While Held for Sale After Shipment in Interstate Commerce in violation of 21 U.S.C. §§ 331(k), 333(a)(1), 352(f), and Aiding and Abetting, in violation of 18 U.S.C. § 2 (a) as charged in the Single-Count Class A Misdemeanor Information.

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say before judgment is pronounced.  Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted.  It is the judgment of the Court that the defendant is hereby sentenced to the following terms and conditions:

Defendant is hereby placed on unsupervised probation for a term of one (1) day.  Probation will terminate upon payment of the fine and special assessment.  In the event defendant does not pay the fine and special assessment on March 15, 2016, defendant is placed on supervised probation until the fine and special assessment are paid, and defendant shall then comply with the rules and regulations of the United States Probation Office and General Orders.  Drug testing requirement is waived.

Defendant shall pay to the United States a special assessment in the amount of $25, which is due immediately.

Defendant shall pay a fine of $2,500.00.

Bond is exonerated.

March 15, 2016  /s/ Paul L. Abrams
Date  Paul L. Abrams, U. S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Kiry K. Gray, Clerk

March 15, 2016  By  /s/ - Christianna Howard
Filed Date  Deputy Clerk